UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT PEARSON,

                *Plaintiff*,

v.

WELLPATH HEALTH SERVICES, *et al.*,

                *Defendants*.

No. 24-CV-1657 (KMK)

ORDER OF SERVICE

---

KENNETH M. KARAS, United States District Judge:

Robert Pearson ("Plaintiff") brings this Action against Wellpath Health Services, "Crystal," Orange County, and John Doe Officers 1–5. (*See* Compl. (Dkt. No. 1).) On June 21, 2024, the Court issued an order of service directing Orange County to identify the clinician named Crystal and the five John Doe Officers. (*See* Dkt. No. 10.) On July 31, 2024, Orange County provided the identities of four officers and Chrystal Rubang. (*See* Dkt. No. 14.)

In its order of service, the Court noted that Plaintiff should file an amended complaint naming the identified Defendants within 30 days of their being identified. (*See* Dkt. No. 10 at 5.) Plaintiff has not done so. (*See generally* Dkt.) Instead, Plaintiff has asked repeatedly for a "status update" as to the case. (*See, e.g.*, Dkt. Nos. 29, 30.)

Given the solicitude owed to pro se plaintiffs, the Court respectfully directs the Clerk of Court to add Officer Dillion Powles (#545), Sergeant Vincent Murphy (#062), Lieutenant Michael Shaffer (#021), and Captain Mark Berlinski (#103), as Defendants and replace "Crystal" with Chrystal Rubang. *See* Fed. R. Civ. P. 21. The Clerk of Court is also respectfully directed to issue summonses and complete the USM-285 forms with the addresses for these five newly added Defendants, and deliver all documents necessary to effect service to the U.S. Marshals

Service (the "Marshals"). The Marshals are respectfully directed to effect service on the newly added Defendants. *See* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals to serve if the plaintiff is authorized to proceed IFP).

The Clerk of Court is further respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: April 21, 2025
        White Plains, New York

                                            KENNETH M. KARAS
                                            United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Chrystal Rubang
   Orange County Correctional Facility
   110 Wells Farm Road, Goshen NY 10924

2. Officer Dillion Powles (#545)
   Orange County Correctional Facility
   110 Wells Farm Road, Goshen NY 10924

3. Sergeant Vincent Murphy (#062)
   Orange County Correctional Facility
   110 Wells Farm Road, Goshen NY 10924

4. Lieutenant Michael Shaffer (#021)
   Orange County Correctional Facility
   110 Wells Farm Road, Goshen NY 10924

5. Captain Mark Berlinski (013)
   Orange County Correctional Facility
   110 Wells Farm Road, Goshen NY 10924